

# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| United States of America, | Case No.: 2:15-cr-00117 |
| Plaintiff, | ORDER FOR ISSUANCE OF WRIT OF HABEUS CORPUS AD PROSEDUENDUM FOR ANDRES PEREYDA ID # 1102929 |
| vs. | |
| Andres Pereyda, | |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said Andres Pereyda before the United States District Court at Las Vegas, Nevada, on or about June 22, 2015, at the hour of 3:00 p.m. for a hearing and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: June 16, 2015.

_____
RICHARD F. BOULWARE, II
United States District Judge

DANIEL G. BOGDEN
United States Attorney
District of Nevada
LISA CARTIER-GIROUX
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
702-388-6336



# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| United States of America, ) | Case No.: 2:15-cr-00117 |
| ) | |
| Plaintiff, ) | |
| ) | PETITION FOR WRIT OF |
| vs. ) | HABEUS CORPUS AD |
| ) | PROSEDUENDUM FOR |
| ) | ANDRES PEREYDA |
| Andres Pereyda, ) | ID # 1102929 |
| ) | |
| Defendant. ) | |
| ) | |

The petition of the United States Attorney for the District of Nevada respectfully shows that Andres Pereyda, #1102929 is committed by due process of law in the custody of the Warden, Clark County Detention Center, 330 S. Casino Center, Las Vegas, Nevada, 89101 that it is necessary that the said Andres Pereyda be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said Andres Pereyda may be present before the United States District Court for the District of Nevada, at Las Vegas, Nevada, on June 22, 2015, at the hour of 3:00 p.m., for a hearing and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said Andres Pereyda before the United States District Court on or about June 22, 2015, at the hour of 3:00 p.m., for a hearing and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center, Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding them to produce the said Andres Pereyda before the United States District Court on or about June 22, 2015, at the hour of 3:00 p.m., for a hearing and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

DATED this 8th day of June, 2015.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/
LISA CARTIER-GIROUX
Assistant United States Attorney