RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Keisha_Matthews@fd.org

Attorney for Andres Pereyda

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ANDRES PEREYDA,<br><br>　　　　　　Defendant. | Case No. 2:15-cr-00117-RFB<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Steven Rose, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Andres Pereyda, that the Revocation Hearing currently scheduled on July 2, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

　　　This Stipulation is entered into for the following reasons:

　　　1.　　The parties need additional time to negotiate a possible non-hearing resolution.

　　　2.　　The defendant is in custody and agrees with the need for the continuance.

　　　3.　　The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 20th day of June 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Keisha K. Matthews*<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | By */s/ Steven Rose*<br>STEVEN ROSE<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ANDRES PEREYDA,<br><br>        Defendant. | Case No. 2:15-cr-00117-RFB<br><br>**ORDER** |

      IT IS THEREFORE ORDERED that the **revocation hearing** currently scheduled for Tuesday, July 2, 2024 at 8:30 a.m., be vacated and continued to **August 20, 2024 at 9:15 a.m**.

      DATED this 25th day of June 2024.



_____

UNITED STATES DISTRICT JUDGE