RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Andres Pereyda

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>ANDRES PEREYDA,<br><br>             Defendant. | Case No. 2:15-cr-00117-RFB<br><br>ORDER **TO CONTINUE PRELIMINARY HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Steven Rose, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Andres Pereyda, that the Preliminary Hearing currently scheduled on July 1, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than fifteen (15) days.

This Stipulation is entered into for the following reasons:

1.     The parties need additional time to negotiate a potential joint recommendation.

2.     The defendant is in custody and agrees with the need for the continuance.

3.     The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested herein is not sought for purposes of delay, but to allow parties to negotiate.

6. The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1 (d).

This is the second request for a continuance of the preliminary hearing.

DATED this 20th day of June 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|   */s/ Keisha K. Matthews*<br>By_____<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender |   */s/ Steven Rose*<br>By_____<br>STEVEN ROSE<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDRES PEREYDA,<br><br>　　　　Defendant. | Case No. 2:15-cr-00117-RFB<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Monday, July 1, 2024 at 11:00 a.m. be vacated and continued to August 15, 2024, at 2:00 p.m., Courtroom 3A.

　　　DATED this 27th of June 2024.

_____
DANIEL J. ALBREGTS
United States Magistrate Judge

3