RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Keisha_Matthews@fd.org

Attorney for Andres Pereyda

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ANDRES PEREYDA,<br><br>          Defendant. | Case No. 2:15-cr-00117-RFB-DJA<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Steven Rose, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Andres Pereyda, that the Preliminary Hearing currently scheduled on August 15, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1. The parties need additional time to negotiate a possible non-hearing resolution.
2. The defendant is in custody and agrees with the need for the continuance.
3. The parties agree to the continuance.

This is the second request for a continuance of the preliminary hearing.

DATED this 14th day of August 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ *Keisha K. Matthews*<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | By /s/ *Steven Rose*<br>STEVEN ROSE<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDRES PEREYDA,<br><br>    Defendant. | Case No. 2:15-cr-00117-RFB-DJA<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Thursday, August 15, 2024, at 2:00 p.m., be vacated and continued to **September 30, 2024, at 2:00 p.m.**

    DATED this 14th day of August 2024.

_____
UNITED STATES MAGISTRATE JUDGE
DANIEL J. ALBREGTS