# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00117-RFB-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| ANDRES PEREYDA, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Monday, September 30, 2024, at 2:00 p.m., be vacated and continued to December 23, 2024 at the hour of 4:00 pm.

DATED this 27th day of September 2024.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

3